In re VICOR CORPORATION, Petitioner.

No. 120.

United States Court of Appeals, Federal Circuit.

March 12, 2012.

**ON PETITION**

**ORDER**

Vicor Corporation (Vicor) submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its order denying Vicor's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the District of Massachusetts.

Upon consideration thereof,

IT IS ORDERED THAT:

SynQor, Inc. is directed to respond no later than April 2, 2012.